# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Thomas Lee Pelzer<br>*Plaintiff*<br>v.<br>Miriam Cocciolone, Mary Coleman, Florence Mauney, Michael McCall, Jon Ozmint, and Jimmy Simmons<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 2:10-2065-MBS-RSC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendation of Magistrate Judge Robert S. Carr is adopted and incorporated. The plaintiff's complaint is dismissed without prejudice and without issuance and service of process. The plaintiff shall take nothing of his complaint filed pursuant to Title 42 U.S.C. § 1983.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge

Date: October 18, 2010

*CLERK OF COURT* Larry W. Propes

s/Heather Hillman
*Signature of Clerk or Deputy Clerk*